■ NCA Comp, Inc., as Administrator of Contractors Self-Insurance Trust Fund, Appellant, v 1289 Clifford Ave., Doing Business as Empire Heating & Air Conditioning, et al., Defendants, and Memminger's Painting, Inc., et al., Respondents. (Appeal No. 2.) [53 NYS3d 841]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered October 2, 2015. The order granted the motion of defendant Memminger's Painting, Inc. and the cross motion of defendant Historicon, Inc. to dismiss plaintiff's complaint against them.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, the motion and cross motion are denied, and the complaint against defendants Memminger's Painting, Inc. and Historicon, Inc. is reinstated.

Same memorandum as in *NCA Comp, Inc. v 1289 Clifford Ave.* ([appeal No. 1] 151 AD3d 1544 [2017]). Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.